# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D25-2186
Lower Tribunal No. 23-25417-CA-01

————————

**Adebayo O. Fayiga,**
Appellant,

vs.

**The Bank of New York Mellon Trust Company, N.A., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Adebayo O. Fayiga, in proper person.

Bitman O'Brien, PLLC, and Wendy Griffith (Lake Mary), for appellee.

Before SCALES, C.J., and FERNANDEZ and LINDSEY, JJ.

PER CURIAM.

Affirmed.